**DISMISS; and Opinion Filed November 30, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01357-CV

### IN RE LOUISE DAVIS, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13843**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Boatright

In this original proceeding, relator seeks a writ of mandamus directing the trial court to rule on relator's motion for summary judgment and the real party in interest's motion for summary judgment. We requested a response and, before the response was due, relator's counsel notified the Court that the trial court has now signed a final summary judgment order disposing of the parties' pending motions. Because relator has received the relief requested, the issues presented in this petition are moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding) (mandamus proceeding is moot when the appellate court cannot take any action that can affect the requested relief).

Accordingly, we dismiss relator's petition for a writ of mandamus as moot.


/Jason Boatright/
JASON BOATRIGHT
JUSTICE


181357F.P05